# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2453

_____

United States of America

*Plaintiff - Appellee*

v.

Robert Stanford Johnson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: November 27, 2013
Filed: December 5, 2013
[Unpublished]

_____

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Robert Johnson appeals the sentence imposed by the District Court[1] after he pleaded guilty to a drug offense. On appeal, Johnson's counsel has moved to

_____

[1]The Honorable James E. Gritzner, Chief Judge, United States District Court for the Southern District of Iowa.

withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable.

Upon careful review, we conclude that Johnson's within-Guidelines-range sentence is not substantively unreasonable.  <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (standard of review); <u>Gall v. United States</u>, 552 U.S. 38, 51 (2007) (noting that if a sentence is within the properly calculated Guidelines range, an appellate court may apply a presumption of reasonableness to the sentence).  Further, having independently reviewed the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.  Therefore, we grant counsel's motion to withdraw, and we affirm.

_____